IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARBARITO TORRES,

     Petitioner,

vs.                                      4:06-CV-436-SPM

MONICA DAVID, and
JAMES McDONOUGH,

     Respondents.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

     **THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 26). The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner has filed two objections (docs. 27 and 30).

     Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. I have reviewed the 23-page Report and Recommendation in its entirety, as well as the 96 pages of initial objections filed by Petitioner and the 68 pages of the amended objections, and find that the magistrate judge was thorough, complete, and correct in his legal and factual conclusions. Petitioner has not rebutted any factual issues by clear and convincing evidence, nor has he shown that the state court's adjudication of his claims was contrary to applicable law. See 28 U.S.C.

§ 2254(e)(1).  The Report and Recommendation explains clearly why Petitioner is not entitled to relief, and this Court has determined that the findings therein should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 26) is adopted and incorporated by reference in this order.
2. The amended petition for writ of habeas corpus (doc. 8) is hereby *denied.*
3. This case is dismissed with prejudice.
4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of March, 2008.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge